# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------X
STEVENS & COMPANY, LLC
D/B/A THE CHEF AGENCY,

       Plaintiff,                             Index No.:

    -against-                           **SUMMONS WITH NOTICE**

JASON ESPAT,

       Defendant.
-----------------------------------------------------X

JASON ESPAT
9926 Date Street
Fontana, CA 92335

**TO THE ABOVE NAMED DEFENDANT**:

       **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your answer, or, if the Complaint is not served with this Summons, to serve a Notice of Appearance on the Plaintiff's Attorney(s) within twenty (20) days after the service of this summons, exclusive of the day of service *(or within (30) days after the service is complete if this summons is not personally delivered to you within the State of New York)*; and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

       **NOTICE:** The nature of this action is for (i) Declaratory Judgment, (ii) Breach of Contract, (iii) Faithless Servant, and (iv) Attorneys' Fees. The basis of this action arises out of and relates to the breach by Defendant of his September 15, 2022 agreement with the Plaintiff. The basis for jurisdiction in New York County is that the damages occurred in New York County. Plaintiff selects New York County as the place of Trial.

       **RELIEF SOUGHT:** Monetary damages in an amount to be determined at trial but believed to be in excess of $500,000, together with pre- and post-judgment interest, attorneys' fees and costs.

       Upon your failure to appear, Judgment will be taken against you by default for the sum of no less than $500,000, plus pre- and post-judgment interest, attorneys' fees and costs.

Dated: New York, New York
May 29, 2024

                THE ESSES LAW GROUP, LLC

                By:   *Leo L. Esses*
                      Leo L. Esses
              845 Third Avenue, 6th Floor
              New York, New York 10022
              Tel:   (212) 673-3160
              leo@esseslaw.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
STEVENS & COMPANY, LLC

                              Plaintiff/Petitioner,

        - against -                        Index No. 154957/2024

JASON ESPAT

                              Defendant/Respondent.
-----------------------------------------------------------------X

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
### (Uniform Rule § 202.5-bb)

You have received this Notice because:

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case through the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.

  If you choose to participate in e-filing, you **must** have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

To register for e-filing or for more information about how e-filing works:

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

                              Page 1 of 2                  EFM-1

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 5/30/24

Leo L. Esses, Esq.
Name

The Esses Law Group, LLC
Firm Name

845 Third Avenue, 6th Floor
Address

New York, New York 10022

212-673-3160
Phone

leo@esseslaw.com
E-Mail

To:  JASON ESPAT

9926 DATE STREET

FONTANA, CA 92335

6/6/18

Index #          Page 2 of 2          EFM-1