# MEMO ENDORSED.

**The Esses Law Group, LLC**
Attorney at Law
845 Third Avenue, 6th Floor
New York, New York 10022

Leo L. Esses							phone 212.673.3160
Leo@EssesLaw.com						fax 212.845.9981

October 30, 2024

**VIA ECF**

Hon. Ona T. Wang
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   *Stevens & Company LLC v. Jason Espat*
           1:24-cv-05223

Dear Magistrate Judge Wang:

My firm represents Plaintiff in the above referenced matter. I write in accordance with Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the Pre-Settlement Conference call scheduled for October 31, 2024 at 9:30 a.m., as directed by Your Honor's Order at Document Number 34.

Due to a previously scheduled medical appointment on October 31, 2024 at 9:30 a.m., I am unable to attend the originally set time. I have conferred with Defendant's counsel, who consents to this request. The parties respectfully propose two alternatives dates for the conference: October 31, 2024 at 2:30 p.m. or November 5, 2024 at 10 a.m. (or any other time convenient for the Court). This is the first adjournment request for the conference and it will not impact any other deadline in this matter.

I thank the Court in advance for its time and attention this matter.

Respectfully submitted,

*Leo L. Esses*

cc:   All Counsel of Record via ECF

---

**The Preliminary Settlement Conference Call currently scheduled for October 31 is ADJOURNED to November 6, 2024, at 3:30 p.m.**

**SO ORDERED.**

_____
Ona T. Wang                                         Oct. 30, 2024
U.S.M.J.