UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2025

-----------------------------------------------------------------------X
                                           :

STEVENS & COMPANY, LLC,            :

                           :

                Plaintiff,      :

                           :           24-cv-5223 (LJL)

        -v-                :

                           :             __ORDER__

JASON ESPAT,                  :

                           :

                Defendant.    :

                           X
-----------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The motion for a protective order protecting against the March 25, 2025, deposition of Mr. Espat, Dkt. No. 71, is denied. The deposition of Mr. Espat shall take place on March 25, 2025. The parties are directed to meet and confer regarding the location of Mr. Espat's deposition, including whether it may occur remotely, and inform the Court by 5:00 p.m. on March 21, 2025, whether any issue remains for the Court to resolve.

      Plaintiff is relieved of the obligation to respond to Defendant's motion for sanctions, Dkt. No. 70, pending further order of the Court. The parties shall not file any further motions regarding discovery issues, with the exception of issues related to Mr. Espat's deposition, pending further order of the Court. The parties shall appear for a conference on March 31, 2025, at 10:00 a.m., in-person in Courtroom 15C at the 500 Pearl Street Courthouse. The parties shall be prepared to discuss the pending discovery motions and all pending motions in this case,

including the motions to dismiss and for judgment on the pleadings.

SO ORDERED.

Dated: March 20, 2025
      New York, New York

                                  LEWIS J. LIMAN
                         United States District Judge