```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STEVENS & COMPANY LLC, d/b/a THE CHEF       :
AGENCY,                                     :
                                            :       24-cv-5223
            Plaintiff,                      :
                                            :       ORDER
     -v-                                    :
                                            :
JASON ESPAT,                                :
                                            :
            Defendant.                      :
                                            :
------------------------------------------------------------------X
:
JASON ESPAT,                                :
                                            :
     Third-Party Plaintiff/Counterclaimant, :
                                            :
     -v-                                    :
                                            :
STEVEN KAMALI,                              :
                                            :
            Third-Party Defendant,          :
                                            :
     and                                    :
                                            :
STEVENS & COMPANY LLC, d/b/a THE CHEF       :
AGENCY,                                     :
                                            :
            Counterclaim Defendant.         :
                                            :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order memorializes the Court's rulings at a conference on March 31, 2025.

For the reasons stated on the record, Espat's motion for judgment on the pleadings, Dkt. No. 50, and motion for sanctions, Dkt. No. 70, are denied.

For the reasons stated on the record, Espat's motion to quash, Dkt. No. 65, is granted in part and denied in part. The motion is denied with respect to documents in categories 2, 3, 4, 5,

6, and 7 of the subpoena that fall within the time period of September 2022–December 2022, and otherwise granted.

For the reasons stated on the record, Espat's motion to compel, Dkt. No. 66, is granted in part and denied in part.  The motion is granted with respect to document demands 18 and 19 and interrogatories 6 and 8.  With respect to document demand 15, the motion is granted limited to any Regional Partnership Agreements that describe individuals as employees.  With respect to document demand 16, the motion is granted limited to the time period from September 2022–December 2022.  With respect to document demand 17, the motion is granted limited to Slack and email messages.

The motion is denied with respect to document demands 22 and 23 without prejudice to renewal if necessary after receipt of Stevens & Company's calculation of damages.  Stevens & Company shall provide Espat with a revised disclosure calculating damages by April 25, 2025.

The motion is denied with respect to document demands 24 and 25 without prejudice to renewal if, after a meet and confer with the opposing parties, the documents are relevant to a disputed issue.

The motion is denied with respect to the remaining document demands and interrogatories.

The Clerk of Court is respectfully directed to close Dkt. Nos. 50, 65, 66, 68, and 70.

SO ORDERED.

Dated: April 1, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2