```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEVENS & COMPANY LLC, d/b/a THE CHEF AGENCY,

                  Plaintiff,

    -v-

JASON ESPAT,

                  Defendant.
------------------------------------------------------------------X

JASON ESPAT,

            Third-Party Plaintiff/Counterclaimant,

    -v-

STEVEN KAMALI,

            Third-Party Defendant,

    and

STEVENS & COMPANY LLC, d/b/a THE CHEF AGENCY,

            Counterclaim Defendant.
------------------------------------------------------------------X

24-cv-5223

ORDER

LEWIS J. LIMAN, United States District Judge:

    This order memorializes the Court's rulings at the conference on April 25, 2025.

    Espat's request to extend the time to take depositions, Dkt. No. 84, is denied as untimely under Federal Rule of Civil Procedure 16. Discovery closed April 5, 2025, depositions were not noticed until April 18, 2025, and the request for an extension was not made until April 24, 2025. There is no reason deposition notices could not have been served or that an extension could not

have been sought prior to the close of discovery. Espat has failed to show good cause for modification of the scheduling order.

The post-discovery status conference scheduled for May 5, 2025, is cancelled.

Motions for summary judgment shall be filed by June 27, 2025.

The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by September 12, 2025.[1]

Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by September 19, 2025.

A final pretrial conference is scheduled for October 29, 2025, at 2:00 p.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

The jury trial will begin on November 3, 2025, at 9:30 a.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

SO ORDERED.

Dated: April 25, 2025
      New York, New York

                                        LEWIS J. LIMAN
                                      United States District Judge

---

[1] Because Espat's answer with counterclaims contains a jury demand, the Court sets this matter for a jury trial. *See* Dkt. No. 42 at 34.