```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

STEVENS & COMPANY LLC, d/b/a THE CHEF AGENCY,

          Plaintiff,

    -v-

JASON ESPAT,

          Defendant.

------------------------------------------------------------------X

JASON ESPAT,

          Third-Party Plaintiff/Counterclaimant,

    -v-

STEVEN KAMALI,

          Third-Party Defendant,

    and

STEVENS & COMPANY LLC, d/b/a THE CHEF AGENCY,

          Counterclaim Defendant.

------------------------------------------------------------------X

24-cv-5223

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending

motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: June 18, 2025
      New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge