```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
STEVENS & COMPANY, LLC,                                            :
                                                                   :
                        Plaintiff,                                 :
                                                                   :          24-cv-5223 (LJL)
        -v-                                                        :
                                                                   :              ORDER
JASON ESPAT,                                                       :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _8/18/2025_

LEWIS J. LIMAN, United States District Judge:

On August 14, 2025, the parties submitted a proposed order that would dismiss the action with prejudice in light of the settlement agreement reached. Dkt. No. 106. However, the proposed order includes language to the effect that the Court "will retain jurisdiction solely for the purpose of any disputes that may arise in the performance of this settlement agreement and the related Non-FLSA Settlement Agreement." *Id*. The Court cannot and does not retain jurisdiction over enforcement of a non-FLSA settlement, the terms of which the Court has not seen. Accordingly, the parties are directed to file an amended proposed judgment reflecting the proper scope of the Court's continuing jurisdiction by August 20, 2025. In the alternative, the parties may file the non-FLSA settlement.

    SO ORDERED.

Dated: August 18, 2025
       New York, New York
                                          LEWIS J. LIMAN
                                          United States District Judge