UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVENS & COMPANY, LLC D/B/A THE CHEF AGENCY,<br><br>    *Plaintiff*,<br><br>  -against-<br><br>JASON ESPAT,<br><br>    *Defendant.* | Civ. Case No. 1:24-cv-5223<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
| JASON ESPAT,<br><br>    *Third-Party Plaintiff and Counterclaimant*,<br><br>  -against-<br><br>STEVEN KAMALI,<br><br>    *Third-Party Defendant.*<br><br>    and<br><br>STEVENS & COMPANY LLC D/B/A THE CHEF AGENCY,<br><br>    *Counter-Defendant.* | |

  This matter having been brought before the Court by joint motion of Parties and their Counsel, namely, Leo Esses, Esq. for Stevens & Company LLC and Steven Kamali, and Benjamin Folkinshteyn, Esq. for Jason Espat, the Court having considered the parties' submissions and for good cause having been shown, it is hereby:

  ORDERED that on the basis of all the considerations outlined by the parties in their joint motion for approval of the FLSA Settlement Agreement, the proposed settlement agreement

-2-

itself, the factual and legal issues discussed during the settlement conferences before the undersigned, the statements made by the parties in their joint motion, and the this Court's finding that the parties' proposed settlement agreement to resolve this action under the Fair Labor Standards Act (FLSA) is fair and reasonable and approving same on August 13, 2025, the Court DISMISSES THIS ACTION WITH PREJUDICE AS TO ALL CLAIMS on the basis of this agreement. This Court will retain jurisdiction solely for the purpose of any disputes that may arise in the performance of this FLSA Settlement Agreement.

The Clerk is directed to close this case.

August 20, 2025

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge